MERRITT E. HAVILAND, as Executor, etc., Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued February 12, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 21, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Brainard Tolles* for appellant.

*Edward B. Hill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.